IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGUEI GOLOVAN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 13-862-RGA |
| UNIVERSITY OF DELAWARE, et al., | : |
| Defendants. | : |

ORDER

The motion for a Temporary Restraining Order (D.I. 1) is **DENIED.** There is no emergency presented that would require such an order.

May 31, 2013
Date

Richard G. Andrews
United States District Judge