IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERGUEI GOLOVAN,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF DELAWARE, et al.<br><br>Defendants. | C.A. No. 13-862-RGA |

**CERTIFICATION OF COUNSEL IN SUPPORT OF
PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

I, Christopher Lee, of full age, hereby certify as follows:

1. I am an attorney admitted to practice in the State of Delaware and a member of the law firm of Cooch and Taylor. I represent Plaintiff in this matter.

2. In support of his Motion for Leave to Amend the Complaint, Plaintiff will rely upon the attached Brief and exhibits.

3. For the reasons set forth above, Plaintiff's motion must be granted.

I certify that these statements made by me are true. I am aware that if any of these statements are knowingly false, I am subject to punishment.

                                                **COOCH AND TAYLOR, P.A.**

                                                */s/ Christopher H. Lee*
                                                Christopher H. Lee (#5203)
                                                C. Scott Reese (#2036)
                                                1000 West Street, 10th Floor
                                                Wilmington, DE 19801
                                                302-984-3800
                                                *Attorneys for Plaintiff*

DATED: May 13, 2014

00025766