IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SERGUEI GOLOVAN, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 13-862-RGA |
| UNIVERSITY OF DELAWARE, et al., | : | |
| Defendants. | : | |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated November 6, 2014 (D.I. 53 and 54);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants University of Delaware, Jack Gelb, Jr., Mark Rieger, and Robin Morgan, and against Plaintiff Serguei Golovan.

_____
United States District Judge

Dated: 11-6-2014

_____
(By) Deputy Clerk